GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
BY: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Plaintiff,

       - v. -

FRANCISCO ESPERON,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

13 CR 0630 (ALC)

SOUTHERN DISTRICT OF NEW YORK

       Satisfaction is acknowledged between United States of America, plaintiff, and Francisco Esperon, defendant, for the restitution in the amount of $2,500.00 and the special assessment in the amount of $100.00 amounting in all to the sum of $2,600.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 15th day of February 2015.

                                GEOFFREY S. BERMAN
                                United States Attorney for the
                                Southern District of New York

                  By: _____
                          JOHN E. GURA, JR.
                          Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

       On the 27th day of February, 2019 before me personally came JOHN E. GURA, JR., Assistant United States Attorney for the Southern District of New York, personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

                        KATHY TAYLOR
              Notary Public, State of New York
                  No. 01TA5077230
             Qualified in Kings County
           Commission Expires May 5, 19